## Suárez, Apelante, *v.* Morales, Apelado.

### Corte de Distrito de Arecibo. *Injunction* para recobrar la posesión.

No. 2584.—Resuelto en febrero 3, 1922.

El demandante alega ser dueño de una finca rústica de la que había estado en posesión hasta la fecha en que el demandado se introdujo en la finca privándole de dos parcelas de la misma. La corte dictó sentencia declarando sin lugar la demanda. Examinada la prueba es preciso concluir que las parcelas en disputa no quedaron identificadas y que la misma es deficiente. *Se confirma la sentencia.* El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.

---

## Escudero, Apelado, *v.* Félix, Apelante.

### Corte de Distrito de San Juan, Sección Segunda. Incumplimiento de contrato.

No. 2481.—Resuelto en febrero 6, 1922.

La cuestión planteada en esta apelación se refiere al conflicto de la prueba, no encontrando nada que autorice al Tribunal Supremo a pronunciarse en contra de la deliberada apreciación hecha por la corte inferior. *Se confirma la sentencia.* El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.